IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY FORSYTHE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:12-cv-0097-TMH |
| | ) WO |
| DOTHAN CITY JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #10) to the Recommendation of the Magistrate Judge filed on August 7, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #8) filed on July 26, 2012 is adopted;

3. The plaintiff's complaint is summarily dismissed as malicious pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

Done this 5th day of September, 2012.

        /s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE